IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PRISCO VELASQUEZ-TEYUCO, | \* |
| Petitioner, | \* |
| v. | Case No. 4:25-cv-369 (CDL) |
| | \* |
| Warden JASON STREEVAL, *et al.*, | |
| | \* |
| Respondents. | |
| _____ | \* |

# **J U D G M E N T**

Pursuant to this Court's Order dated December 3, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 4th day of December 2025.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk